UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:  Kirk A. Kasperowicz              Case No. 18-57150-mlo
        Ann Marie Kasperowicz          Chapter 13
                                                  Hon: Maria L. Oxholm
                      Debtors'.
_____/

**OBJECTION TO CHAPTER 13 PROOF OF CLAIM NO. 4**
**OF HARLEY DAVIDSON CREDIT CORPORATION**

      Kirk A. & Ann Marie Kasperowicz, Debtors' herein, by and through their attorneys, Berman & Bishop, PLLC, by Robert W. Bishop respectfully objects to the Proof of Claim No.4 of Harley- Davidson Credit Corporation, filed on January 29, 2019 and states as follows:

1. That this case was filed on December 26, 2018.
2. That Harley-Davidson Credit Corporation filed their claim as secured, when in fact Debtors' have surrendered the Motorcycle to the creditor.

      WHEREFORE, Debtor requests that the Proof of Claim No.4 filed by Harley-Davidson Credit Corporation, filed on January 29, 2019 shall be denied.

Dated: March 18, 2019                  /s/ Robert W. Bishop_____
                                                      ROBERT W. BISHOP (P66345)
                                                      Attorney for Debtor
                                                      24405 Gratiot Ave.
                                                      Eastpointe, MI  48021
                                                      (586) 775-0600
                                                      bermanbishop@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:  Kirk A. Kasperowicz                    Case No. 18-57150-mlo
        Ann Marie Kasperowicz                  Chapter 13
                                               Hon: Maria L. Oxholm
                    Debtors'.
_____/

## ORDER GRANTING OBJECTION TO PROOF OF CLAIM NO. 4
## OF HARLEY-DAVIDSON CREDIT CORPORATION

Upon the reading and filing of Debtors' Objection to Proof of Claim No. 4 of Harley-Davidson Credit Corporation which was presented to this Court pursuant to Bankruptcy Rule 3007, and no responses having been filed to the said Objections and a Certificate of No Response having been filed with this Court;

NOW THEREFORE,

IT IS HEREBY ORDERED that Claim No. 4 of Harley-Davidson Credit Corporation in the amount of $11,104.55 is denied in full.

IT IS FURTHER ORDERED that to the extent that the Chapter 13 Standing Trustee has previously made disbursements to such creditor, the Trustee shall not be obligated to recoup same.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:  Kirk A. Kasperowicz                     Case No. 18-57150-mlo
        Ann Marie Kasperowicz                   Chapter 13
                                                Hon: Maria L. Oxholm
                    Debtors'.
_____/

## NOTICE OF OBJECTION TO CLAIM NO. 4
## OF HARLEY-DAVIDSON CREDIT CORPORATION

   Kirk A. & Ann Marie Kasperowicz, Debtors' herein, has filed an objection to your claim in this bankruptcy case.

   **Your claim may be reduced, modified, or denied.  You should read these papers carefully and discuss them with your attorney, if you have one.**

   If you do not want the Court to deny or change your claim, then on or before **April 29, 2019,** you or your lawyer must:

1. File with the court a written response to the Objections, explaining your position at:
   United States Bankruptcy Court
   211 W. Fort Street, Suite 2100
   Detroit, MI 48226

   If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

   You must also mail a copy to:

   ROBERT W. BISHOP (P66345)          TAMMY L. TERRY
   Attorney for Debtor                Standing Chapter 13 Trustee
   24405 Gratiot Ave.                 535 Griswold, Suite 2100
   Eastpointe, MI  48021              Detroit, MI  48226
   (586) 775-0600                     (313) 967-9857
   bermanbishop@gmail.com

2. Attend the hearing on the Objection, scheduled to be held on **May 6, 2019** at **9:00 a.m.** in **Courtroom 1875, 211 West Fort Street, Detroit, Michigan,** unless your attendance is excused by mutual agreement between yourself and the objector's attorney.  **If you or your attorney do not take these steps, the court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

Dated: March 18, 2019              /s/ Robert W. Bishop_____
                                   ROBERT W. BISHOP (P66345)
                                   Attorney for Debtor
                                   24405 Gratiot Ave.
                                   Eastpointe, MI  48021
                                   (586) 775-0600
                                   bermanbishop@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Kirk A. Kasperowicz      Case No. 18-57150-mlo
       Ann Marie Kasperowicz     Chapter 13
                                                    Hon: Maria L. Oxholm
                Debtors'.
_____/

## **CERTIFICATE OF SERVICE**

The undersigned, being first duly sworn, deposes and says that on March 18, 2019 she served electronically and/or by United States Mail, postage prepaid, a copy of the following:

DOCUMENT(S):         Objection to Proof of Claim No. 4 of
                                   Harley-Davidson Credit Corp.

ADDRESSEE(S):        TAMMY L. TERRY
                                   Standing Chapter 13 Trustee
                                   535 Griswold, Suite 2100
                                   Detroit, MI 48226
                                   (313) 967-9857

                                   Bonial & Associates, P.C.
                                   Attorneys' for Harley-Davidson Credit Corp.
                                   PO Box 9013
                                   Addison, TX 75001

I DECLARE THE ABOVE STATEMENTS ARE TRUE AND ACCURATE TO THE BEST OF MY INFORMATION, KNOWLEDGE AND BELIEF.

Dated: March 18, 2019

                                                            /s/ Terrah Salamone
                                                            Terrah Salamone
                                                            Paralegal
                                                            24405 Gratiot Ave.
                                                            Eastpointe, MI 48021
                                                            (586) 775-0600
                                                            bermanbishop@gmail.com